THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jarvia Q. ONeal, Appellant.
 
 
 

Appeal From Charleston County
 Daniel F.  Pieper, Circuit Court Judge

Unpublished Opinion No. 2005-UP-158
Submitted March 1, 2005  Filed March 
 4, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Jarvia ONeal appeals her conviction 
 for assault and battery with intent to kill.  The trial judge sentenced ONeal 
 to five years imprisonment, suspended upon the service of two years with two 
 years probation.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for ONeal attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 ONeals appeal is without legal merit sufficient to warrant a new trial.  ONeal 
 did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 ANDERSON, BEATTY, and SHORT, JJ., concur.
 APPEAL DISMISSED. [1] 

 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215,
SCACR.